UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLANDA WRIGHT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>CITY OF NEW YORK, NEW YORK DEPARTMENT OF EDUCATION, MIOSOTIS RAMOS,<br><br>　　　　　　　　　　Defendants. | 23 Civ. 3149 (KPF) (SDA)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

　　The Court understands from Judge Aaron that settlement efforts in this case were unsuccessful. Accordingly, the parties are directed to submit a joint letter on or before **September 18, 2023**, with a proposed schedule for Defendants' motion to dismiss this action. To the extent Defendants no longer wish to proceed with that course, they can indicate as such in the joint letter.

　　SO ORDERED.

Dated:　　September 12, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge