USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yolanda Wright,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:23-cv-03149 (KPF) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, July 23, 2025, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, July 16, 2025).

SO ORDERED.

Dated:    New York, New York
           May 29, 2025

                                                          _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge