AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District **District of** New York (Foley Square)

Yolanda Wright

Plaintiff (s),

V.

New York Department of Education

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-03149-KPF

Notice is hereby given that, subject to approval by the court, __Yolanda Wright__ substitutes
(Party (s) Name)

__Zarrina Ozari__, State Bar No. __5665708__ as counsel of record in
(Name of New Attorney)

place of __Olivia Marie Clancy__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Shegerian & Associates, Esq.
Address: 320 N Larchmont Boulevard, Los Angeles, CA 90004
Telephone: (310) 860-0770   Facsimile (310) 860-0771
E-Mail (Optional): zozari@shegerianlaw.com

I consent to the above substitution.

Date: June 11, 2025

Yolanda Wright

*Yolanda Wright*
(Signature of Party (s))

I consent to being substituted.

Date: June 12, 2025

Olivia Marie Clancy

*/s/Olivia Marie Clancy*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: June 12, 2025

*/s/ Zarrina Ozari*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

The Court wishes Ms. Clancy the best in her future endeavors. The Clerk of Court is directed to terminate Ms. Clancy from the docket.

Dated:    June 12, 2025
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE